# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**CHRIS FOSTER**                                                                              **PLAINTIFF**

**V.**                         **CASE NO. 5:15-CV-5085**

**TIM HELDER; CHAD MORGAN; DEPUTY ROBINSON;**
**DEPUTY WINGATE; and SGT. FREEMAN**                          **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 26) filed in this case on October 13, 2015, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Amended Motion to Dismiss (Doc. 23) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b), for failure to comply with Orders of the Court and failure to prosecute.

**IT IS SO ORDERED** on this 12th day of January, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE